AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

Muhammed Dumbuya,
      Plaintiff,

vs.

John Riley, Director, Aiken County
Detention Center (ACDC); Lt. Gavin,
ACDC; Officer McMath, ACDC; Aiken County;
and the City of Aiken,

      Defendants.

**SUMMARY JUDGMENT IN A CIVIL CASE**

Case Number: 9:06-cv-01203-PMD

**Decision on the Record.** This action came before the court on the record, Honorable David C. Norton, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge George C. Kosko,

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion's for Summary Judgment are granted and that the Plaintiff take nothing on this petition filed pursuant to Title 42 U.S.C.§1983.

                                  LARRY W. PROPES, Clerk

                                  By     s/ R.S. Polston
                                                 Deputy Clerk

March 16, 2007